# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,
FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
    Plaintiffs,

                                Case No.:    8:10-CV-01756-T-24EAJ

v.

CF INDUSTRIES INCORPORATED.,
    Defendant.
_____/

## DEFENDANT CF INDUSTRIES, INC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant CF Industries, Inc., by and through undersigned counsel, and in accordance with Federal Rule of Civil Procedure 7.1, hereby discloses that CF Industries, Inc. is a wholly owned subsidiary of CF Industries Holdings, Inc.

Respectfully submitted this 18th day of August, 2010.

                                HOPPING GREEN & SAMS, P.A.
                                */s/ Michael P. Petrovich*
                                Michael P. Petrovich (mikep@hgslaw.com)
                                Florida Bar No. 0818372
                                Carl Eldred (carle@hgslaw.com)
                                Florida Bar No. 664871
                                Hopping Green & Sams, P.A.
                                119 S. Monroe Street, Ste 300 (32301-1529)
                                P. O. Box 6526
                                Tallahassee, FL 32314-6526
                                850.222.7500 (phone)
                                850.224.8551 (fax)

                                Attorneys for CF Industries, Inc.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 18th day of August, 2010 a true and correct copy of the foregoing **Defendant CF Industries, Inc., Corporate Disclosure Statement** has been furnished by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system

                 */s/ Michael P. Petrovich*
                  Attorney